UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-01106-SKC

FRED NEKOUEE, individually, :
:
        Plaintiff, :
:
vs. :
:
HOBBY LOBBY STORES, INC., an Oklahoma :
corporation; :
:
        Defendant. :
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that he agrees and consents with Defendant that the case against HOBBY LOBBY STORES, INC. is now moot. Said Defendant has remedied each and every allegation in the Complaint relating to the men's and women's restrooms in the subject store.

        Respectfully submitted,

        s/Robert J. Vincze
        Robert J. Vincze (CO #28399)
        Law Offices of Robert J. Vincze
        PO Box 792
        Andover, Kansas 67002
        Phone: 303-204-8207
        Email: vinczelaw@att.net
        *Attorney for Plaintiff Fred Nekouee*

2

## **CERTIFICATE OF SERVICE**

  I certify that on July 1, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

                 s/Robert J. Vincze
                 Robert J. Vincze (CO #28399)