UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-01106-SKC

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| HOBBY LOBBY STORES, INC., an Oklahoma corporation; | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT HOBBY LOBBY STORES, INC.

Plaintiff and Defendant HOBBY LOBBY STORES, INC. by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant HOBBY LOBBY STORES, INC. with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs and attorney's fees.

DATE: July 1, 2020

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207; Email: vinczelaw@att.net

*ATTORNEY FOR PLAINTIFF FRED NEKOUEE*

and

JACKSON LEWIS P.C.

*s/ Ryan P. Lessmann*
Ryan P. Lessmann
Jessica S. Reed-Baum

1

2

950 17th Street, Suite 2600
Denver, CO 80202
Telephone:  (303) 892-0404
Facsimile:  (303) 892-5575
ryan.lessmann@jacksonlewis.com
jessica.reed-baum@jacksonlewis.com

*ATTORNEYS FOR DEFENDANT HOBBY LOBBY STORES, INC.*

**CERTIFICATE OF SERVICE**

I certify that on July 1, 2020, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze
Robert J. Vincze (CO #28399)

2